AKRON BAR ASSOCIATION *v.* THORPE.

[Cite as Akron Bar Association *v.* Thorpe (1988), 40 Ohio St. 3d 174.]

(No. D.D. 88-12—Submitted September 8, 1988—Decided December 30, 1988.)

*Renner, Kenner, Greive, Bobak & Taylor* and *Reese Taylor,* for relator.

*Per Curiam.* This court agrees with the board's findings and adopts its recommendation. Accordingly, we order respondent permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.